Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARION T. McLANE, Respondent, v. ELLICOTT SQUARE COMPANY OF BUFFALO, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

GUST ANDERSON, Respondent, v. SOCONY-VACUUM OIL CO., INC., et al., Appellants, and Forty-six Other Actions against Same Defendants-Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

CITY OF LITTLE FALLS, Respondent, v. JOHN C. REARDON et al., Defendants, and LITTLE FALLS NATIONAL BANK, Defendant-Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LEO SMITH, Respondent, et al., Plaintiffs, v. GENERAL SCHUYLER FIRE INSURANCE COMPANY et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.; McCurn, J., not voting.

In the Matter of the Estate of ELEANOR S. CONOLLY, Deceased.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

## FIRST DEPARTMENT, JULY, 1943.

### (July 2, 1943.)

DOMINICK J. MECCA, JR., an Infant, by MARGUERITE P. MECCA, His Guardian ad Litem, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Per Curiam.* Defendant's affidavit showed that on the date of the insured's death the policy sued upon had lapsed for nonpayment of premiums. Affidavits submitted by plaintiff in opposition to defendant's motion for summary judgment failed to set forth any facts controverting this claim of defendant. Under the circumstances defendant's motion for summary judgment should have been granted.

The order should be reversed, with twenty dollars costs and disbursements, and the motion for summary judgment dismissing the complaint granted.

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted.

In the Matter of the Accounting of CONRAD S. KEYES, as Executor of AXEL JOSEPHSSON, Deceased, Respondent. MARY H. CULBERTSON, as Administratrix with the Will Annexed of the Estate of DORIS STURGES, Deceased, Appellant.